FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
_____ DIVISION

2006 MAY 12 P 1: 14

**Preferred Loan**,
Affiant

v.

**Kevin E. Merritt**
**3141 W. 18th Street**
**Jacksonville, FL 32254**,
Defendant(s)

CASE NUMBER: **3:06-mc-30-J-32 MCR**
(To be supplied by Clerk's Office)

## AFFIDAVIT OF INDIGENCY

**(EACH PLAINTIFF MUST COMPLETE A SEPARATE AFFIDAVIT OF INDIGENCY)**

I, **Damon Vickers**, being first duly sworn, depose and make under oath the following application and affidavit, pursuant to Title 28 U.S.C. § 1915, to proceed in forma pauperis in the United States District Court for the Middle District of Florida. I am unable to make prepayment of fees and costs or to give security therefor, and it is my belief that I am entitled to redress, and that I have not, for the purpose of avoiding payment of said cost, divested myself of any property, monies, or any items of value.

I.  BRIEF STATEMENT OF THE NATURE OF THE ACTION: **Collect payment due for loan agreement totaling $555.26 without court fees.**

II. **RESIDENCE:**

Affiant's address: **1001 N. Madison Avenue**
(Street)

DC 101 (Rev. 9/03)

1

__Douglas_____  __Georgia_____  __31533_____
(City)                  (State)            (Zip Code)

III. **MARITAL STATUS:**

1. Single ___     Married ___     Separated ___     Divorced _____

2. If married, spouse's full name: _____

IV. **DEPENDENTS:**

1. Number: _____

2. Relationship to dependent(s): _____

3. How much money do you contribute to your dependents' support on a monthly basis? $____

V. **EMPLOYMENT:** (Information provided below applies to your present employment or last employment.)

1. Name of employer: _____

   a. Address of employer: _____
                              (Street)

   _____
   (City)          (State)          (Zip Code)

   b. State how long affiant has been (was) employed by present (or last) employer?

      Years: ____     Months: ____

   c. Income:    Monthly $____     or     Weekly $____

   d. What is (was) affiant's job title? _____

2. If unemployed, date of last employment: _____

3. Is spouse employed? ____ If so, name of employer: _____

   _____

   a. Income:    Monthly $____     or     Weekly $____

   b. What is spouse's job title? _____

4. Are you and/or your spouse receiving welfare aid?

   If so, amount:    Monthly $____     or     Weekly $____

VI. **FINANCIAL STATUS:**

1. Owner of real property (excluding ordinary household furnishings and clothing):

    a. Description: _____

    b. Full address: _____
                                  (Street)

    _____
    (City)           (State)           (Zip Code)

    c. In whose name? _____

    d. Estimated value:                                    $_____

    e. Total amount owed:                                  $_____

       Owed to:       _____ for                  $_____

                      _____ for                  $_____

    f. Annual income from property:                        $_____

2. Other assets/property:

    a. Automobile: Make _____ Model _____

       In whose name registered? _____

       Present value of car:                               $_____

       Amount owed:                                        $_____

       Owed to: _____

    b. Total cash in banks, savings and loan associations, prisoner accounts, financial institutions, other repositories, or anywhere else:     $_____

    c. List monies received during the last twelve (12) months into your hands, into banks, savings and loan associations, prisoner accounts, other financial institutions, or other sources as indicated below:

       Business, profession, or other forms of

       self employment:                                    $_____

       Rent payments, interest, or dividends:   $_____

       Pensions, annuities, or life insurance payments:$_____

       Gifts or inheritances:                              $_____

        Stocks, bonds, or notes:                         $_____

        Other sources:                                   $_____

3. Obligations:

    a. Monthly rental on house or apartment:       $_____

    b. Monthly mortgage payments on house:       $_____

4. Other information pertinent to affiant's financial debts and obligations:

_____      _____     _____
(Creditor)                                   (Total Debt)      (Monthly Payment)

_____      _____     _____
(Creditor)                                   (Total Debt)      (Monthly Payment)

_____      _____     _____
(Creditor)                                   (Total Debt)      (Monthly Payment)

Other (explain): _____

_____

## VII. FOR PRISONER AFFIANTS ONLY:

1. Date(s) of incarceration: _____

2. Estimated release or parole date: _____

3. A copy of the prisoner's account statement containing all transactions in affiant's prisoner account for the six (6) months immediately preceding the filing of the Complaint or Petition **must accompany this Affidavit**. The account statement must be obtained from an authorized official of each prison at which the prisoner is or was confined during this period of time. The account statement must be in the form of a computer printout or bank ledger card prepared by the institution or an account statement prepared by an authorized officer of the institution. **Failure to provide this account statement may result in the dismissal of this action.**

The requirement to submit the account statement does not negate the prisoner affiant's responsibility to ensure that the Affidavit Certificate found on page 7 of this Affidavit of Indigency is also properly executed and filed.

DC 101 (Rev. 9/03)                                  4

VIII. ALL AFFIANTS MUST READ AND SIGN:

I UNDERSTAND that any false statement(s) of a material fact contained herein may serve as the basis of prosecution and conviction for perjury or making false statements. FURTHER, I CERTIFY that all questions contained herein have been answered and are true and correct to the best of my knowledge and belief.

_____
Signature of Affiant

STATE OF FLORIDA

COUNTY OF _____

THE FOREGOING INSTRUMENT WAS ACKNOWLEDGED BEFORE ME THIS 9th DAY OF May, 2006 BY Kellie C Wright
(Insert Name of Person Acknowledged)

WHO IS PERSONALLY KNOWN TO ME OR WHO HAS PRODUCED Georgia Drivers License , AS IDENTIFICATION AND WHO (DID) (DID NOT) TAKE
(State Type of Identification)

AN OATH.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES:
Notary Public, Atkinson County, Georgia
My Commission Expires April 19, 2010

\* \* \* \* \* \* \*

## AFFIDAVIT CERTIFICATE
(Prisoner Accounts Only)

**I HEREBY CERTIFY THAT** _____, has the sum of
(Name of Affiant)

$_____ as of _____ on account to his credit at the
(date)

_____ institution where he is confined. I further certify that the above named prisoner affiant has the following securities to his credit according to the records of this institution:

_____

_____

_____

_____
Authorized Officer of Institution

# NOTE – SECURITY AGREEMENT

**BORROWER'S NAME AND ADDRESS**
MERRITT, KEVIN
& ROSIE THAMES
201 VAN STREET HWY
NICHOLLS, GA. 31554

**LENDER/SECURED PARTY AND ADDRESS**
PREFERRED LOAN AND FINANCE CO., INC.
205 EAST WARD STREET
DOUGLAS, GA  31533

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | AMOUNT FINANCED | TOTAL OF PAYMENTS |
|---|---|---|---|
| 62.65 % | $ 55.68 | $ 292.32 | $ 348.00 |
| THE COST OF YOUR CREDIT AS A YEARLY RATE | THE DOLLAR AMOUNT THE CREDIT WILL COST YOU | THE AMOUNT OF CREDIT PROVIDED TO YOU OR ON YOUR BEHALF | THE AMOUNT YOU WILL HAVE PAID AFTER YOU HAVE MADE ALL PAYMENTS AS SCHEDULED |

**SCHEDULE OF PAYMENTS:** THE TOTAL OF PAYMENTS IS PAYABLE IN: 6 INSTALLMENTS OF $ 58.00 AND ZERO INSTALLMENTS OF $ 0.00 COMMENCING ON FEBRUARY 7, 2000 AND DUE EACH 7TH THEREAFTER WITH FINAL INSTALLMENT DUE JULY 7, 2000 MONTH

**INSURANCE:** CREDIT LIFE INSURANCE AND CREDIT DISABILITY INSURANCE ARE NOT REQUIRED TO OBTAIN CREDIT AND WILL NOT BE PROVIDED UNLESS YOU SIGN AND AGREE TO PAY THE ADDITIONAL COST.

| TYPE | PREMIUM | SIGNATURE |
|---|---|---|
| CREDIT LIFE ☐ LEVEL TERM ☐ REDUCING TERM ☐ JOINT LIFE | $ 0.00 | I WANT CREDIT LIFE INSURANCE X |
| CREDIT LIFE & DISABILITY ☒ LEVEL TERM ☐ REDUCING TERM ☐ JOINT LIFE ☒ 30 DAY WAITING ☐ 7 DAY WAITING | $ 1.41 $ 17.14 | I WANT CREDIT LIFE AND DISABILITY INS. X  /s/ Kevin Merritt |

YOU MAY OBTAIN PROPERTY INSURANCE FROM ANYONE YOU WANT, PROVIDED THE INSURANCE COMPANY IS ACCEPTABLE TO THE CREDITOR. IF YOU GET THE INSURANCE FROM THE CREDITOR, IT WILL BE FOR THE TERM OF THE LOAN AND YOU WILL PAY: $ 27.00

**SECURITY:** YOU ARE GIVING A SECURITY INTEREST IN:
☒ Your Automobile   ☐ Loan is Unsecured
☒ Personal Property as described in the security agreement below
☐ Other Property  N/A

FILING FEES $ 0.00   NON-FILE INSURANCE $ 10.00

**LATE CHARGE:** YOU WILL BE CHARGED 5 CENTS FOR EACH $1.00 OF ANY INSTALLMENT WHICH IS NOT PAID WITHIN 5 DAYS FROM ITS DUE DATE.

**PREPAYMENT:** IF YOU PAY OFF EARLY, YOU MAY BE ENTITLED TO A REFUND OF PART OF THE FINANCE CHARGE. YOU WILL NOT HAVE TO PAY A PENALTY.

SEE YOUR CONTRACT DOCUMENT FOR ANY ADDITIONAL INFORMATION ABOUT NONPAYMENT, DEFAULT, ANY REQUIRED REPAYMENT IN FULL BEFORE THE SCHEDULED DATE, PREPAYMENT REFUNDS AND PENALTIES.

### ITEMIZED STATEMENT

| | | |
|---|---|---|
| 1. CASH RECEIVED BY BORROWER | $ | 102.52 |
| 2. UNPAID BALANCE PRIOR LOAN | $ | 116.00 |
| 3. INTEREST REFUND | $ | 0.00 |
| 4. LOAN FEE REFUND | $ | 0.00 |
| 5. MAINTENANCE CHG. REFUND | $ | 0.57 |
| 6. CREDIT LIFE INS. REFUND | $ | 0.07 |
| 7. CREDIT A & H INS. REFUND | $ | 0.82 |
| 8. FIRE INSURANCE REFUND | $ | 0.00 |
| 9. AUTO INSURANCE REFUND | $ | 1.29 |
| 10. TOTAL REFUNDS | $ | 2.75 |
| 11. AMOUNT TO BE RENEWED (Line 2 less line 10) | $ | 113.25 |
| 12. LATE CHARGES | $ | 0.00 |
| DISBURSEMENTS TO: | | |
| 13. AD&D Ins | $ | 21.00 |
| 14. N/A | $ | 0.00 |
| 15. N/A | $ | 0.00 |
| 16. TOTAL DISBURSED (Total of lines 1, 11, 12, 13, 14, 15) | $ | 236.77 |
| 17. FILING FEE(S) | $ | 0.00 |

| INSURANCE | AMOUNT | |
|---|---|---|
| 18. CREDIT LIFE | $ 336.00 | $ 1.41 |
| 19. CREDIT A&H (Monthly Benefit) | $ 56.00 | $ 17.14 |
| 20. PROPERTY INSURANCE ☐ Level Term ☐ Reducing Term | $ 0.00 | $ 0.00 |
| 21. AUTO PHYSICAL DAMAGE INS ☐ Dual Coverage ☒ Single Interest | $ 336.00 | $ 27.00 |
| 22. NON-FILE INSURANCE | $ 336.00 | $ 10.00 |

| | | |
|---|---|---|
| 23. AMOUNT FINANCED (Total of lines 16 thru 22) | $ | 292.32 |
| 24. INTEREST | $ | 16.80 |
| 25. PREPAID FINANCE CHARGE (LOAN FEE - 8%) | $ | 26.88 |
| 26. PREPAID FINANCE CHARGE (LOAN FEE - 4%) | $ | 0.00 |
| 27. TOTAL PREPAID FIN. CHG. (Total of lines 25 & 26) | $ | 26.88 |
| 28. MAINTENANCE CHARGES | $ | 12.00 |
| 29. FINANCE CHARGE (Total of Lines 24, 27 & 28) | $ | 55.68 |
| 30. TOTAL OF PAYMENTS (Total of Lines 23 & 29) | $ | 348.00 |
| FACE AMOUNT OF THE LOAN | $ | 336.00 |

☒ This is a total of lines 23, 24 & 27 (Loans 18 mos. or less)
☐ This is a total of lines 23 & 27 (Loans over 18 mos.)

### LOAN NOTE

FOR VALUE RECEIVED, Borrower(s) jointly and severally promise to pay to Lender at its offices, the total of payments as disclosed, in installments of the amounts and upon the dates shown above, plus a late or delinquent charge of 5 cents for each $1.00 of any installment which is not paid within 5 days from its due date. (This late or delinquent charge shall not be collected more than once for the same default). Failure to pay any installment when due, time being of the essence of this contract, or a default under any provision of the Security Agreement shall, at the option of the Holder, without notice or demand, render immediately due and payable all unpaid installments, provided that in such case charges will be reduced in proportion to the reduction in the loan term. All refunds in the event of prepayment without default shall be by the sum of the digits method. In either event, to the extent that the sum of the earned charges yields a rate of interest greater than 5% per month, borrower shall receive an additional rebate of such excess. No interest refunds of less than $1.00 shall be made upon prepayment. Any balance remaining unpaid after maturity shall bear interest at the rate of 10% per annum. If this note is collected by or through an attorney at-law, attorney's fees of 15% of the unpaid balance, less unearned charges, shall be assessed. The terms "Lender" and "Holder" include the Lender's successors and assigns. Notwithstanding any language used in this note, when this note is made pursuant to the Georgia Industrial Loan Act, the note shall not be construed to contract for or claim any charge or interest in an amount greater than allowed by that Act.

### SECURITY AGREEMENT

THE UNDERSIGNED GRANTS TO LENDER A SECURITY INTEREST IN THE FOLLOWING PERSONAL PROPERTY, TOGETHER WITH ALL ACCESSIONS:

1 20 GUAGE REMINGTON SHOTGUN
1 TEN SPEED BICYCLE
1 25" COLOR TV

| MOTOR VEHICLE YEAR AND MAKE | BODY TYPE AND SERIES | # OF CYLS | H.P. | SERIAL NUMBER | MOTOR NUMBER |
|---|---|---|---|---|---|
| 1980 CADILLAC | FLEETWOOD 4 DR | | | 6D69G09144736 | |

THE TERMS AND CONDITIONS OF THE SECURITY AGREEMENT APPEAR ON THE REVERSE SIDE OF THIS SHEET.

**NOTICE TO CONSUMER:** (a) Do not sign this agreement if it contains any blank spaces. (b) You are entitled to an exact copy of all papers you signed. (c) You have the right at any time to pay in advance the full amount due under this agreement and under certain conditions to obtain a partial refund of the interest charges. (d) If credit life insurance is required, you have the right to purchase either level term life insurance or reducing term life insurance coverage. (e) You are not required to purchase noncredit insurance as a condition of obtaining this loan. (f) Upon a default under the Note or Security Agreement of even date, the secured party can repossess without legal process any collateral for this loan pursuant to the provisions of said Security Agreement. The undersigned borrower(s) acknowledge receipt of a copy of this document, which was completed prior to execution.

GIVEN UNDER THE HAND AND SEAL OF EACH PARTY

LENDER/SECURED PARTY
PREFERRED LOAN AND FINANCE CO., INC.

BY: /s/ _____
SIGNATURE OF LENDER/SECURED PARTY
SEE REVERSE SIDE FOR IMPORTANT INFORMATION

(X) /s/ Kevin Merritt _____(SEAL)
Signature of Borrower
MERRITT, KEVIN E

(X) /s/ Rosie Thames _____(SEAL)
Signature of Borrower
ROSIE THAMES

*Filed Suit 6-5-00*

MERRITT, KEVIN E ("Popeye")
201 VAN STREET HWY
NICHOLLS, GA 31554
  215.77 (HC)
(912)345-5195  RN

114 Date Way  345-5811 Lifton (Bro)
           Merritt
Ewe - (Sears MHP)
SALARY 0.00
(384-8322) NRI 2-23-00

| | ACCOUNT NUMBER |
|---|---|
| SSI | ████████1045 |
| EMP | WESTFIELD MH |
| EMP ADD | DOUGLAS GA |
| EMP PHONE | (912)384-1818 |
| SALARY | 340W   8322 |
| DET | INT WALLS |
| CO-MAKER | ROSIE THAMES (toolmaker) |
| | P.O. BOX 531 |
| | NICHOLLS GA 31554  deceased  New Harvey's |
| | (912)345-5195 |

| OWN/RENT | R |
| AGE | 23 |
| D of B | ██/██/76 |
| DATE EMP | M 99 |
| PAY DAY | FRI |
| | 000008891 |
| D of B | 00/00/00 |
| SALARY | Meat Dept |
| PAY DAY | 389-3350 |

```
CASH ADV    123.52    TERM/COVERAGE       INTEREST      16.80
LIFE (L)      1.41    6MOS/    336.00     8% FEE        26.88
A&H          17.14    6MOS/     56.00     4% FEE         0.00
FIRE          0.00    0MOS/      0.00     FACE AMT     336.00
AUTO         27.00    6MOS/    336.00     MAIN FEE      12.00
NRI          10.00    TERM         6 X    58.00  =     348.00
FILE FEE      0.00    DAYDUE  7  LC       2.90   LOAN DATE 12/23/99
OLD BAL     113.25    APR    62.65        1ST 02/07/00  EXP 07/07/00
AMT FIN     292.32    DUAL (  00/00/00 $  0.00) ( 00/00/00 $  0.00)
```

| DUE DATE | DATE PAID | AMOUNT PD | BALANCE | LATE CHG PD | AMOUNT TO PAY | TYPE | DWR | ACCT. NO. |
|---|---|---|---|---|---|---|---|---|
| DATE MADE | 12/23/99 | 348.00 | | | | | AV | 1839 |
| 020700 | 013100 | 58.00 | 290.00 | 0.00 | 58.00 | CA | AV | 1839 9315 |
| 030700 | 040700 | 58.00 | 232.00 | 2.90 | 58.00 | CA | AV | 1839 9315 |
| | 6-5-00 | +5.80 | 237.80 | | | late fees | | |
| | 6-5-00 | +46.00 | 283.80 | | Court Cost CK# 12662 | | | |
| | 082300 | 232.00 | 0.00 | 0.00 | | NF | AV | 1839 |
| | 082300 | 0.00 | 0.00 | 0.00 | | RF | AV | 1839 |

REFUNDS
INTEREST 0.00  IFEE 0.00  ILIFE 0.00  IA/H 0.00
FIRE 0.00  IAUTO 0.00  INC 0.00  ITOTAL 0.00
TOTAL PAYOUT 232.00

NON-FILE *** NON-FILE *** NON-FILE *** NON-FILE *** NON-FILE **
               232.00

| | 092603 | -46.00 | 278.00 | 0.00 | | CC | AV | 1839 9315 |
| 040700 | | | | | 58.00 | | | |
| | 041206 | 0.00 | 339.00 | 0.00 | | | KC | 1839/9315 |
| | 041206 | 0.00 | 339.00 | | -61.00 | CC | KC | 1839/9315 |
| 040700 | | | | | 37.30 | | | |

1391 GREENBAR SUPPLY, INC

| PREVIOUS | AMOUNT | MADE | PAID | BALANCE | HOW PAID |
|---|---|---|---|---|---|
| 8891 | 348.00 | 082099 | 122399 | 113.25 | 2 |

1980 CADILLAC FLEETWOOD 6D696A9144736  4 DR/
1 20 GUAGE REMINGTON SHOTGUN
1 TEN SPEED BICYCLE
1 25" COLOR TV

PREFERRED LOAN AND FINANCE CO., INC.  205 EAST WARD STREET  DOUGLAS   , GA

In The Magistrate Court of Coffee County
STATE OF GEORGIA

## CIVIL ACTION

Plaintiff: Preferred Loan
1001 N. Madison Ave.
Douglas, GA 31533

Docket Number: _____

Defendant: Kevin E. Merritt
114 Gateway Drive
Douglas, GA 31533

### STATEMENT OF CLAIM

280.30 Principal
101.00 Cost
213.96 Interest

_____ Attorney's Fee *
555.26 Total Amount

**Notice of intention to enforce having been given on 05-24-00.

GEORGIA, COFFEE COUNTY

Damon Vickers being duly sworn on oath, says the foregoing is a just & true statement of the amount owing by the defendant to plaintiff on Loan, exclusive of all setoffs & just grounds of defense.

Sworn to & subscribed before me
this 14 day of April, 2006

_____
Judge, Clerk or Notary Public

_____
Plaintiff-Agent-Attorney

### SUMMONS

You are hereby notified that the above Plaintiff has made a claim & is requesting judgement against you in the sum of $_____, as shown by the attached statement. The court will hold a hearing upon this claim at the Magistrate Court of Coffee County, at a time to be set after your answer is filed.

YOU ARE REQUIRED TO FILE OR PRESENT AN ANSWER TO THIS CLAIM WITHIN 30 DAYS AFTER SERVICE OF THIS SUMMONS UPON YOU, EXCLUSIVE OF THE DAY OF SERVICE. IF YOU FAIL TO DO SO, JUDGEMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. YOUR ANSWER MAY BE FILED IN WRITING OR MAY BE GIVEN ORALLY TO THE JUDGE.

If you have witnesses, books, receipts, or other writings bearing on this claim, you should bring them with you at the time of hearing.

If you wish to have witnesses summoned, see the court at once for assistance.

If you have any claim against the Plaintiff, you should notify the court at once.

If you admit the claim, but desire additional time to pay, you must come to the hearing in person & sate the circumstances to the court.

You may come with or without an attorney.

_____
Judge, Magistrate Court of Coffee County

**GEORGIA, COFFEE COUNTY.**

I have this day served the defendant _____ with a copy of the within summons, by handing the same to him in person, or by leaving the same at his dwelling house or usual place of abode, with

This _____ day of _____ 2001.

Lawful Constable, Sheriff, Deputy Sheriff