**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

DAMON VICKERS and
PREFERRED LOAN,

        Plaintiffs,

vs.                                           Case No. 3:06-mc-30-J-32MCR

KEVIN MERRITT,

        Defendant.

**ORDER**[1]

This case is before the Court on Plaintiff's Affidavit of Indigency (Doc. 1) and various attachments, which the Court construes as a motion for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1). Upon review of this filing, the assigned United States Magistrate Judge issued an Order directing plaintiff to provide additional information regarding his financial status and to file an amended complaint (plaintiff's original filing included a State of Georgia Coffee County Magistrate Court Civil Action claim form) no later than June 12, 2006. (Order, Doc. 2). The Order cautioned plaintiff that failure to comply might result in a Report and Recommendation recommending that his motion be denied. (Order, Doc. 2). Plaintiff failed to file any response and on June 28, 2006, the Magistrate Judge issued a Report and

---

[1] Under the E-Government Act of 2002, this is a written opinion and therefore is available electronically. However, it has been entered only to decide the motion or matter addressed herein and is not intended for official publication or to serve as precedent.

Recommendation (Doc. 3) recommending that plaintiff's Motion for Leave to Proceed *in forma pauperis* be denied without prejudice to plaintiff filing a paid complaint. Plaintiff failed to file any objections to the Report and Recommendation and the time in which to do so has now passed.

Accordingly, upon independent review of the file and for the reasons stated in the Report and Recommendation issued by the Magistrate Judge (Doc. 3), it is hereby

**ORDERED**:

1. The Report and Recommendation (Doc. 3) of the Magistrate Judge is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Affidavit of Indigency (Doc. 1), which the Court construes as a motion for leave to proceed *in forma pauperis* is **DENIED**.

3. The Clerk is directed to close this file.

**DONE AND ORDERED** at Jacksonville, Florida this 21st day of July, 2006.

_____
TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:

Honorable Monte C. Richardson
United States Magistrate Judge

pro se plaintiff